IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-cr-30070-SMY ) |
| RUFUS L. THOMAS, | ) ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Rufus L. Thomas Jr. was sentenced on November 10, 2020, to 70 months' incarceration for being a felon in possession of a firearm (Docs. 50, 52). Now pending before the Court is Thomas's Motion for Compassionate Release pursuant to the First Step Act of 2018 (Doc. 58).

Thomas is no longer in BOP custody. *See* https://www.bop.gov/inmateloc/ (last visited January 30, 2025). *See Pickett v. Sheridan Health Care Center*, 664 F.3d 632, 648 (7th Cir. 2011) (a court may judicially notice public records available on government websites). His release renders his motion for compassionate release moot. *See United States v. Shorter*, 27 F.4th 572, 576 (7th Cir. 2022).

For the foregoing reasons, Defendant Rufus L. Thomas's Motion for Compassionate Release (Doc. 58) is **DENIED** as **MOOT**.

IT IS SO ORDERED.

DATED: January 31, 2025

_____
**STACI M. YANDLE**
**United States District Judge**

Page **1** of **1**